DANIEL BRODERICK, Bar #89424
Federal Defender
Lexi Negin, D.C. Bar #446153
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
ANTHONY SANTIAGO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 2:06-cr-00504-MCE |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| ANTHONY SANTIAGO, | ) |
| Defendant. | ) |

This case is currently scheduled for a status hearing on July 19, 2007.  The attorneys for both parties have conferred and agree that additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for July 19, 2007, be continued until August 16, 2007.  In addition, the parties stipulate that the time period from July 19, 2007, to August 16, 2007, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

///
///
///
///

1

A proposed order is attached and lodged separately for the court's convenience.

DATED: July 20, 2007

Respectfully submitted,

| McGREGOR W. SCOTT | DANIEL BRODERICK |
| United States Attorney | Federal Defender |

/s/Lexi Negin for William Wong          /s/ Lexi Negin
WILLIAM WONG                             LEXI NEGIN
Assistant U.S. Attorney                  Assistant Federal Defender
Attorney for United States               Attorney for Anthony Santiago

Dated:  July 20, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | CASE NO. CR-S-06-504 MCE |
| )  Plaintiff,       ) | |
| ) v.           ) | ORDER CONTINUING STATUS HEARING |
| ) | AND EXCLUDING TIME PURSUANT TO THE |
| ) | SPEEDY TRIAL ACT |
| ANTHONY SANTIAGO,     ) | |
| )  Defendant.      ) | |

For the reasons set forth in the stipulation of the parties, filed on July 20, 2007, IT IS HEREBY ORDERED that the status conference currently scheduled for July 19, 2007, be vacated and that the case be set for Thursday, August 16, 2007 at 9:00 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' July 20, 2007 stipulation, the time under the Speedy Trial Act is excluded from July 19, 2007, through August 16, 2007, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: _____, 2007

_____
MORRISON C. ENGLAND
UNITED STATES DISTRICT JUDGE

2