```
1  DANIEL BRODERICK, Bar #89424
   Federal Defender
2  Lexi Negin, D.C. Bar #446153
   Assistant Federal Defender
3  801 I Street, 3rd. Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   ANTHONY SANTIAGO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-06-504 MCE |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| ANTHONY SANTIAGO, | ) | |
| Defendant. | ) | |

This case is currently scheduled for a status hearing on August 16, 2007. The attorneys for both parties have conferred and agree that additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for August 16, 2007, be continued until August 30, 2007. In addition, the parties stipulate that the time period from August 16, 2007, to August 30, 2007, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

A proposed order is attached and lodged separately for the court's convenience.

DATED: August 16, 2007

1

1 | Respectfully submitted,

2 | McGREGOR W. SCOTT                    DANIEL BRODERICK
United States Attorney                        Federal Defender

3

4

 /s/Lexi Negin for William Wong          /s/ Lexi Negin
5 | WILLIAM WONG                         LEXI NEGIN
Assistant U.S. Attorney                       Assistant Federal Defender
6 | Attorney for United States                 Attorney for Anthony Santiago

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-S-06-504 MCE |
| Plaintiff, ) | |
| v. ) | PROPOSED ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| ANTHONY SANTIAGO, ) | |
| Defendant. ) | |

For the reasons set forth in the stipulation of the parties, filed on August 16, 2007, IT IS HEREBY ORDERED that the status conference currently scheduled for August 16, 2007, be vacated and that the case be set for Thursday, August 30, 2007 at 9:00 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' August 16, 2007 stipulation, the time under the Speedy Trial Act is excluded from August 16, 2007, through August 30, 2007, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: August 16, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE