1  DANIEL BRODERICK, Bar #89424
   Federal Defender
2  Lexi Negin, D.C. Bar #446153
   Assistant Federal Defender
3  801 I Street, 3rd. Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   ANTHONY SANTIAGO

6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9
   UNITED STATES OF AMERICA,    )   CASE NO. 2:06-cr-00504-MCE
10                              )
              Plaintiff,        )
11                              )   STIPULATION AND ORDER TO CONTINUE
       v.                       )   STATUS HEARING AND TO EXCLUDE TIME
12                              )   PURSUANT TO THE SPEEDY TRIAL ACT
                                )
13 ANTHONY SANTIAGO,            )
                                )
14            Defendant.        )
   _____

15

16     This case is currently scheduled for a status hearing on August 30, 2007.  The attorneys for both

17 parties have conferred and agree that additional time is needed for defense preparation and meetings

18 between the parties with the goal being to resolve the case by way of a disposition.

19     The parties, through their respective counsel, hereby stipulate and agree that the status conference

20 scheduled in this case for August 30, 2007, be continued until September 6, 2007.  In addition, the parties

21 stipulate that the time period from August 30, 2007, to September 6, 2007, be excluded under the Speedy

22 Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel

23 with the reasonable time to prepare.

24 ///
25 ///
26 ///
27 ///
28
                                        1

A proposed order is attached and lodged separately for the court's convenience.

DATED: August 29, 2007

Respectfully submitted,

| | |
|---|---|
| McGREGOR W. SCOTT | DANIEL BRODERICK |
| United States Attorney | Federal Defender |
| | |
| /s/Lexi Negin for William Wong | /s/ Lexi Negin |
| WILLIAM WONG | LEXI NEGIN |
| Assistant U.S. Attorney | Assistant Federal Defender |
| Attorney for United States | Attorney for Anthony Santiago |

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>  v.<br><br>ANTHONY SANTIAGO,<br><br>           Defendant. | CASE NO. 2:06-cr-00504-MCE<br><br>ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |

For the reasons set forth in the stipulation of the parties, filed on August 29, 2007, IT IS HEREBY ORDERED that the status conference currently scheduled for August 30, 2007, be vacated and that the case be set for Thursday, September 6, 2007 at 9:00 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' August 29, 2007 stipulation, the time under the Speedy Trial Act is excluded from August 30, 2007, through September 6, 2007, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: August 29, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2